UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ARGONAUT INSURANCE COMPANY, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-0053 |
| GCBF, LTD dba EARTH TECH *et al*, | § § § | |
| *Defendants*. | § | |

## MOTION TO ENTER AGREED JUDGMENT

COMES NOW, Plaintiff, Argonaut Insurance Company (the "Surety"), through undersigned counsel, submits this Motion to Enter Agreed Judgment (the "Motion") against Defendants GCBF, LTD. dba Earth Tech ("Earth Tech"); Saterra, LLC ("Saterra"); GCBF 1, LLC ("GCBF"); Greentech Eco Solutions, LLC nka Saterra Water & Energy, LLC ("Greentech"); Justin Gaffney; Krystal Gaffney; David Bain; Adriana Bain; Bryan Dodson; and Shaye Dodson (collectively, the "Defendants" or "Indemnitors") (Plaintiff and Defendants each a "Party" and collectively the "Parties"), and in support thereof would respectfully show the Court as follows:

### I. SUMMARY

1. On January 11, 2019, the Indemnitors entered into an Indemnity Agreement with the Surety whereby they each, jointly and severally, agreed, among other things, to indemnify the Surety from Losses related to the issuance of certain surety Bonds in favor of certain Indemnitors by the Surety, including "all costs and expenses incurred with enforcing the obligations of the Indemnitors under [the Indemnity Agreement] including, but not limited to interest, legal fees and expenses."

2. On January 1, 2023, the Surety filed its Original Complaint, alleging, among others, failure of the Indemnitors to satisfy their indemnity obligations to the Surety as a result of the Surety's payment of claims on bonds issued on behalf of Indemnitors. [Dkt. 1]

3. On August 25, 2023, the Parties entered into a Settlement Agreement in which the Indemnitors would pay to the Surety $135,000.00 by October 2, 2023, with the Indemnitors' compliance with the Settlement Agreement being secured by an Agreed Judgment in favor of the Surety, and against all Defendants, jointly and severally, in the amount of $150,000.00. A copy of the executed Agreed Judgment is attached hereto as ***Exhibit A***.

4. On September 29, 2023, the Parties entered into an Amendment to Settlement Agreement in which Indemnitors agreed to pay an additional $5,000.00 in exchange for an extension of the deadline to pay the lump sum of $135,000.00 to November 10, 2023.

5. Following the Indemnitor's failure to pay the lump sum on November 10, 2023, on November 14, 2023, the Surety sent five-days' written notice to the Indemnitors of the default on the payment. Such notice was provided in accordance with the terms of the Settlement Agreement.

6. As of the filing of this Motion to Enter Agreed Judgment, the Indemnitors have failed to make the $135,000.00 payment and are thus in default of the amended Settlement Agreement.

7. Under the terms of the Settlement Agreement, the Indemnitors expressly agreed to this Judgment and for it to be filed with the Court upon the Indemnitors' default under the Settlement Agreement.

8. Indemnitors offer no reason or excuse for the failure to follow the Settlement Agreement and frustrate the very purpose of the Indemnity Agreement. Therefore, the Surety is entitled to the agreed judgment as agreed to by the Indemnitors.

## II. PRAYER

For the reasons set forth above, Plaintiff, Argonaut Insurance Company, respectfully asks the Court to grant its Motion to Enter Agreed Judgment and enter the Agreed Judgment, attached as **Exhibit A**, in favor of Argonaut Insurance Company against the Indemnitors, jointly and severally, in the amount of $135,000.00.

Respectfully submitted,

**DRY LAW PLLC**

By: /s/ Steven K. Cannon
Ryan D. Dry
State Bar No. 24050532
Steven K. Cannon
State Bar No. 24086997
James D. Ewing
State Bar No. 24110821
909 18th Street
Plano, Texas 75074
Tele/Fax: 972-797-9510
rdry@drylaw.com
scannon@drylaw.com
jewing@drylaw.com

*ATTORNEYS FOR PLAINTIFF,*
*ARGONAUT INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 21st day of November, 2023.

/s/ Steven K. Cannon
Steven K. Cannon