UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ARGONAUT INSURANCE COMPANY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-0053 |
| | § | |
| GCBF, LTD dba EARTH TECH *et al*, | § | |
| | § | |
| *Defendants.* | § | |

## AGREED JUDGMENT

Plaintiff Argonaut Insurance Company (the "Plaintiff") and Defendants GCBF, LTD. DBA Earth Tech ("Earth Tech"); Saterra, LLC ("Saterra") ; GCBF 1, LLC ("GCBF"); Greentech Eco Solutions, LLC nka Saterra Water & Energy, LLC ("Greentech"); Justin Gaffney; Krystal Gaffney; David Bain; Adriana Bain; Bryan Dodson; and Shaye Dodson (collectively, the "Defendants" and, together with Plaintiff, the "Parties") have announced to the Court that, pursuant to a previous agreement between the Parties, Plaintiff is entitled to the entry of a judgment as outlined herein. The Court is of the opinion that judgment shall be entered in favor of Plaintiff pursuant to the Parties' agreement, as evidenced by the signatures of the Parties.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff have and recover from Defendants, jointly and severally, the amount of ONE HUNDRED FIFTY THOUSAND DOLLARS ($150,000.00) together with interest at a rate of 10% per annum from the date of entry until paid, for all of which the execution issue.

All relief not expressly granted herein is denied. This is a Final Judgment.

**IT IS SO ORDERED.**

**SIGNED this 11th day of December, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

**AGREED AS TO FORM AND SUBSTANCE:**

*[signature]*

Ryan D. Dry
State Bar No. 24050532
Steven K. Cannon
State Bar No. 24086997
James D. Ewing
State Bar No. 24110821
**DRY LAW PLLC**
909 18th Street
Plano, Texas 75074
Telephone: (972) 797-9510
Email: rdry@drylaw.com
           scannon@drylaw.com
           jewing@drylaw.com

*ATTORNEYS FOR PLAINTIFF,*
*ARGONAUT INSURANCE COMPANY*

/s/ Eric C. Wood

Eric C. Wood
State Bar No. 24037737
**BROWN FOX PLLC**
6303 Cowboys Way, Suite 450
Frisco, Texas 75034
Telephone: (214) 327-5000
Email: eric@brownfoxlaw.com

*ATTORNEY FOR DEFENDANTS*
*SATERRA, GREENTECH,*
*DAVID BAIN, ADRIANA BAIN,*
*BRYAN DODSON, AND SHAYE DODSON*

*[signature]* 8-25-2023

J. Mark Chevallier
State Bar No. 04189170
Jonathan S. Petree
State Bar No. 24116897
**MCGUIRE, CRADDOCK & STROTHER, PC**
500 N. Akard St., Suite 2200
Dallas, Texas 75201
Telephone: (214) 954-6800
Facsimile: (214) 954-6868
Email: mchevallier@mcslaw.com
           jpetree@mcslaw.com

*ATTORNEYS FOR DEFENDANTS,*
*EARTH TECH, GCBF, JUSTIN*
*GAFFNEY, AND KRYSTAL GAFFNEY*

**AGREED AS TO FORM AND SUBSTANCE:**

**GCBF, LTD. DBA Earth Tech:**

By: _/s/ Justin Gaffney_

Name: Justin Gaffney

Title: Manager

Date: 8/24/2023

**Saterra, LLC:**

By: _____

Name: _____

Title: _____

Date: _____

**Greentech Eco Solutions, LLC nka Saterra Water & Energy, LLC:**

By: _____

Name: _____

Title: _____

Date: _____

**GCBF 1, LLC:**

By: _/s/ Justin Gaffney_

Name: Justin Gaffney

Title: Manager

Date: 8/24/2023

**Justin Gaffney, individually:**

By: _/s/ Justin Gaffney_

Date: 8/24/2023

**Krystal Gaffney, individually:**

By: _/s/ Krystal Gaffney_

Date: 8/24/2023

**David Bain, individually:**

By: _____

Date: _____

**Adriana Bain, individually:**

By: _____

Date: _____

**Bryan Dodson, individually:**

By: _____

Date: _____

**Shaye Dodson, individually:**

By: _____

Date: _____

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| **GCBF, LTD. DBA Earth Tech:** | **Justin Gaffney, individually:** |
| By: _____ | By: _____ |
| Name: _____ | Date: _____ |
| Title: _____ | **Krystal Gaffney, individually:** |
| Date: _____ | By: _____ |
| **Saterra, LLC:** | Date: _____ |
| By: _____ | **David Bain, individually:** |
| Name: _____ | By: _[signature]_ |
| Title: _____ | Date: 8.25.23 |
| Date: _____ | **Adriana Bain, individually:** |
| **Greentech Eco Solutions, LLC nka Saterra Water & Energy, LLC:** | By: _a. Bain_ |
| By: _____ | Date: 8/25/2023 |
| Name: _____ | **Bryan Dodson, individually:** |
| Title: _____ | By: _____ |
| Date: _____ | Date: _____ |
| **GCBF 1, LLC:** | **Shaye Dodson, individually:** |
| By: _____ | By: _____ |
| Name: _____ | Date: _____ |
| Title: _____ | |
| Date: _____ | |

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| **GCBF, LTD. DBA Earth Tech:** | **Justin Gaffney, individually:** |
| By: _____ | By: _____ |
| Name: _____ | Date: _____ |
| Title: _____ | **Krystal Gaffney, individually:** |
| Date: _____ | By: _____ |
| **Saterra, LLC:** | Date: _____ |
| By: _____ | **David Bain, individually:** |
| Name: _____ | By: _____ |
| Title: _____ | Date: _____ |
| Date: _____ | **Adriana Bain, individually:** |
| **Greentech Eco Solutions, LLC nka Saterra Water & Energy, LLC:** | By: _____ |
| By: _____ | Date: _____ |
| Name: _____ | **Bryan Dodson, individually:** |
| Title: _____ | By: _____ |
| Date: _____ | Date: _____ |
| **GCBF 1, LLC:** | **Shaye Dodson, individually:** |
| By: _____ | By: *Shaye Dodson* |
| Name: _____ | Date: 8-25-23 |
| Title: _____ | |
| Date: _____ | |

**AGREED AS TO FORM AND SUBSTANCE:**

**GCBF, LTD. DBA Earth Tech:**

By: _____

Name: _____

Title: _____

Date: _____

**Saterra, LLC:**

By: _*[signature]*_

Name: Bryan Dodson

Title: Manager

Date: 8/25/23

**Greentech Eco Solutions, LLC nka Saterra Water & Energy, LLC:**

By: _*[signature]*_

Name: Bryan Dodson

Title: Manager

Date: 8/25/23

**GCBF 1, LLC:**

By: _____

Name: _____

Title: _____

Date: _____

**Justin Gaffney, individually:**

By: _____

Date: _____

**Krystal Gaffney, individually:**

By: _____

Date: _____

**David Bain, individually:**

By: _____

Date: _____

**Adriana Bain, individually:**

By: _____

Date: _____

**Bryan Dodson, individually:**

By: _*[signature]*_

Date: 8/25/23

**Shaye Dodson, individually:**

By: _____

Date: _____